# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL RAMON OCHOA,      :   No. 426 WAL 2019

         Petitioner        :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

         v.                     :

                               :

DR. ARTHUR LEVINE, ET AL.      :

         Respondents     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2020, the Petition for Allowance of Appeal, and the Motion to Amend, and Motion for Sanctions are **DENIED**.